UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. MANNING,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>Defendant. | No. 2:19-cv-00494 TLN AC (PS)<br><br>ORDER |

Plaintiff is proceeding in this action pro se. This matter was accordingly referred to the undersigned by E.D. Cal. 302(c)(21). Plaintiff has been granted leave to proceed in forma pauperis ("IFP"). ECF Nos. 2, 3. Plaintiff's original complaint and First Amended Complaint were both dismissed with leave to amend. ECF Nos. 3, 5. Currently before the court is plaintiff's Second Amended Complaint. ECF No. 6.

## I. SCREENING

The federal IFP statute requires federal courts to dismiss a case if the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). The court finds that, for screening purposes only, the Second Amended Complaint (ECF No. 6) presents claims that are sufficiently cognizable to proceed.

1

## II. CONCLUSION

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendant The United States Department of Veterans Affairs;

2. The Clerk of the Court is directed to issue forthwith, and the U.S. Marshal is directed to serve within 90 days of the date of this order, all process pursuant to Federal Rule of Civil Procedure 4, without prepayment of costs;

3. The Clerk of the Court shall send plaintiff the following: one USM-285 form, one summons, a copy of the Second Amended Complaint, and an appropriate form for consent to trial by a magistrate judge;

4. Plaintiff is directed to supply the U.S. Marshal, within 15 days from the date this order is filed, all information needed by the Marshal to effect service of process, <u>and shall promptly file a statement with the court that said documents have been submitted to the U.S. Marshal</u>. The court anticipates that, to effect service, the U.S. Marshal will require at least:

    a. One completed summons;

    b. One completed USM-285 form;

    c. One copy of the endorsed Second Amended Complaint, with an extra copy for the U.S. Marshal;

    d. One copy of the instant order; and

    e. An appropriate form for consent to trial by a magistrate judge.

5. In the event the U.S. Marshal is unable, for any reason whatsoever, to effect service on the defendant within 90 days from the date of this order, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

6. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal, 501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030.

////

////

7. Failure to comply with this order may result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

DATED: May 2, 2019

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE