UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. MANNING,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>    Defendants. | No. 2:19-cv-00494 TLN AC (PS)<br><br><br><br>ORDER |

Plaintiff is proceeding in this action pro se and has been granted leave to do so in forma pauperis. This matter was accordingly referred to the undersigned by Local Civil Rule 302(c)(21). On May 3, 2019, this court found that plaintiff's Second Amended Complaint presented legally cognizable claims, and ordered that service was appropriate upon defendant. ECF No. 7. In that order, plaintiff was instructed to, within 15 days, supply the U.S. Marshal with several listed documents needed to effect service of process, and to promptly file with the court a statement that said documents were submitted to the U.S. Marshal. Id. That deadline has now long passed, and plaintiff has not filed the required statement, nor is there any indication that the U.S. Marshal has received the required documents.

Local Civil Rule 110 provides that failure to comply with court orders or the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within 14 days of the date of entry of this order, why the undersigned should not recommend that this case be dismissed for failure to prosecute. The filing of a statement within this timeframe attesting that the documents identified in paragraph 4 of the court's May 3, 2019 order (ECF No. 7) have been provided to the U.S. Marshal will serve as cause and will discharge this order. If plaintiff fails to respond, the court will recommend dismissal of his case pursuant to Local Civil Rule 110.

DATED: June 24, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE