UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. MANNING,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>Defendants. | No. 2:19-cv-00494 TLN AC (PS)<br><br><br><br>ORDER |

Plaintiff is proceeding in this action pro se and has been granted leave to do so in forma pauperis. This matter was accordingly referred to the undersigned by Local Civil Rule 302(c)(21). On June 25, 2019, the court ordered plaintiff to show cause why this action should not be dismissed for failure to file with the court a statement that service documents had been submitted to the U.S. Marshal. ECF No. 11. The order stated that the filing of a statement attesting that the necessary documents had been provided to the U.S. Marshal would serve as cause and would discharge this order. Id.

Plaintiff has now twice filed a statement that the necessary documents were submitted to the U.S. Marshal on May 6, 2019. ECF Nos. 12, 13. Although the order to show cause was automatically discharged upon the filing of plaintiff's first statement, the court issues this order to assure plaintiff that the order to show cause has been discharged. No further action is required by

1

plaintiff at this time.  The U.S. Marshal has served the defendant (ECF No. 14), who has 60 days from the date of service to respond to the complaint, see Fed. R. Civ. P. 12(a)(2).

DATED: July 10, 2019.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE